IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RODOLFO M MASANGKAY | § | CASE NO. 09-13671-KAO |
| ASIATICA E MASANGKAY | § | CHAPTER 13 |
| | § | |
| | § | JUDGE KAREN A. OVERSTREET |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Bank of America N.A**
**475 Crosspoint Parkway / P.O. Box 9000**
**Getzville, New York 14068**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 5645-N-7380
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Bank of America N.A

## CERTIFICATE OF SERVICE

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before April 28, 2009:

**Debtors' Attorney**
Christina Latta Henry
Seattle Debt Law Llc
705 2nd Ave Ste 501
Seattle, WA 98104

**Chapter 13 Trustee**
K. Michael Fitzgerald
600 University Street, Suite 2200
Seattle, Washington 98101-4100

**U.S. Trustee**
Charles Johnson
810 Park Place Bldg, 1200 6th Ave.
Seattle, Washington 98101

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

5645-N-7380
noaelect