The Honorable Karen A. Overstreet

Thomas S. Linde
Schweet Rieke & Linde, PLLC
80th Avenue Professional Building
2955 80th Avenue S.E., Suite 102
Mercer Island WA 98040
(206) 275-1010

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE: )
) NO. 09-13671-KAO
RODOLFO M. MASANGKAY )
and ASIATICA E. MASANGKAY, )
) REQUEST FOR NOTICE
) PURSUANT TO BANKRUPTCY RULE
Debtor. ) 2002
)

To: CLERK OF THE BANKRUPTCY COURT

To: RODOLFO M. MASANGKAY and ASIATICA E. MASANKGKAY

To: CHRISTINA LATTA HENRY, THEIR ATTORNEY

AND TO: ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002, the undersigned on behalf of secured creditor Albert Bundt and Ingeborg Bundt, hereby requests notice of all matters which must be given to creditors or other parties in interest and requests that the following addresses be added to the master mailing matrix:

Thomas S. Linde
Schweet Rieke & Linde, PLLC
80th Avenue Professional Building
2955 80th Avenue S.E., Suite 102
Mercer Island WA 98040

(206) 381-0125 (telephone)
(206) 381-0101 (facsimile)
tom.linde@schweetlaw.com

REQUEST FOR SPECIAL NOTICE - 1 -

Schweet Rieke & Linde, PLLC
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
p: 206.275.1010 • f: 206.381.0101

DATED this 26th day of May, 2009.

>Schweet Rieke & Linde, PLLC
>Attorneys for Albert Bundt and Ingeborg Bundt
>
>By: **/s Thomas S. Linde**
>  Thomas S. Linde
>  WSBA 14426

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that the following is true and correct:

That on May 26, 2009, I caused this document to filed electronically through the CM/ECF system which caused the Registered Participants in this proceeding to be served by electronic means as fully reflected on the Notice of Electronic Filing for said document.

Signed at Mercer Island, Washington on May 26, 2009.

>/s/Thomas S. Linde
>Thomas S. Linde

REQUEST FOR SPECIAL NOTICE - 2 -