**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In Re:<br><br>RODOLFO M. MASANGKAY and<br>ASIATICA E. MASANGKAY,<br><br>                            Debtors. | No. 09-13671-KAO<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO:         CLERK OF THE COURT

AND TO:    CHRISTINA LATTA HENRY, ATTORNEY FOR THE DEBTORS

      PLEASE TAKE NOTICE that Bishop, White & Marshall, P.S., hereby appears in the above-entitled proceedings on behalf of KeyBank National Association, creditors and parties-in-interest with regard to these proceedings, and do hereby request that notice of all matters and proceedings, and of the filing of all proceedings and other documents herein, be served upon the undersigned attorney at the address below.

      This request for notice is in addition to, and not in lieu of, any notice to which the above-named parties-in-interest are otherwise entitled to receive in these proceedings.

      As part of this Request for Notice, the undersigned does hereby request special notice of all matters for which special notice may be requested by parties-in-interest pursuant to Bankruptcy Rule 2002.

      DATED this 12th day of June, 2009.

                                              By: /s/ Daniel L. Hembree
                                              Daniel L. Hembree, WSBA# 37109
                                              of Bishop, White & Marshall, P.S.
                                              Attorneys for KeyBank National Association

REQUEST FOR SPECIAL NOTICE - 1                                   BISHOP, WHITE & MARSHALL, P.S.
                                                                                       720 Olive Way, Suite 1301
1605.091222.8                                                                                             Seattle, WA 98101
                                                                                    Phone: (206) 622-5306 Fax: (206) 622-0354

Case 09-13671-MLB    Doc 33    Filed 06/12/09    Entered 06/12/09 09:19:24    Page 1 of 1