

September 28, 2009

Christina Latta Henry
Seattle Debt Law LLC
705 2nd Ave. Ste 501
Seattle, WA 98104

Loan Number: ▮▮▮▮8762
Case Number: 9-13671 (FC3)
Mortgagor Last Name: MASANGKAY
Property Address: 409 MAPLE AVENUE N W, RENTON, WA 98055

Dear Ms. Henry :

After reviewing your clients request for loan workout, we have determined that they would qualify for assistance.

Please review the terms below with your client and obtain court approval to proceed. The terms below are subject to change and are good for 30 days from the date of this letter. Please provide a response if you accept these terms within 10 business days from the date of this letter. Upon receipt of the documentation reflecting court approval, the document will be forwarded to your client for signature.

CUSTOMER IS PREQUALIFIED FOR A LOAN MODIFICATION WITH THE FOLLOWING TERMS:
FIRST PAYMENT DUE: December 1, 2009
TOTAL CONTRIBUTION REQUIRED IS: $1,500.00
NEW PB: $214,029.17
NEW INTEREST RATE: 5.2000%
NEW TERM: 180
NEW MATURITY DATE: Friday, November 01, 2024
NEW P and I: $1,714.91
NEW ESCROW: $0.00
NEW PITI: $1,714.91

Please be advised no adjustments or modifications will be completed without court approval.

If you have any further questions, please contact me directly at 716.635.2792.

Sincerely,

Brenda Washington
Brenda Washington
Bankruptcy Department



September 28, 2009

RODOLFO MASANGKAY
409 MAPLE AVENUE N W
RENTON, WA 98055

Loan Number: 7027548762
Case Number: 9-13671 (FC3)
Property Address: 409 MAPLE AVENUE N W
RENTON, WA 98055

Dear Mr. MASANGKAY

Enclosed please find a copy of the letter sent to the attorney we have on record, as representing you in the above-referenced bankruptcy case. If you are representing yourself, you will receive an original letter via certified mail as well.

If you have any further questions, please contact me directly at 716.635.2792.

Sincerely,

*Brenda Washington*

Brenda Washington
Bankruptcy Department