The Honorable Karen A Overstreet
Chapter 13
*Ex Parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>RODOLFO M. MASANGKAY & ASIATICA E. MASANGKAY,<br><br>Debtor(s). | Case No. 09-13671 KAO<br><br>Chapter 13<br><br>ORDER GRANTING DEBTORS' MOTION TO SHORTEN TIME ON MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN |

THIS MATTER having come *Ex Parte* before the court on the Debtor's *Motion to Shorten Time On Motion to Modify Confirmed Chapter 13 Plan*, the Court having reviewed the Motion, Declaration of Counsel and the pleadings and files herein and finding that good cause exists to shorten time, now, therefore,

IT IS HEREBY ORDERED that the hearing on Debtor's Motion to Modify shall be held on **October 7th, 2009 at 9:30 a.m.** The response deadline is hereby set for **the Time of Hearing**.

IT IS FURTHER ORDERED that notice of the hearing shall be served on all interested parties as directed by the Court via ECF and United States First Class Mail.

DATED THIS ____ day of October, 2009.

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

ORDER GRANTING DEBTORS' MOTION FOR
SHORTENED TIME - 1

SEATTLE DEBT LAW, LLC
705 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

Presented by:

SEATTLE DEBT LAW, LLC

_____*/s/ Christina Latta Henry*_____
Christina Latta Henry, WSBA#31273
Attorney for Debtors

ORDER GRANTING DEBTORS' MOTION FOR
SHORTENED TIME - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

Case 09-13671-KAO    Doc 82    Filed 10/06/09    Entered 10/06/09 17:21:11    Page 2 of 2