The Honorable Karen A. Overstreet
Chapter 13
When: December 16, 2009
Where: Seattle
Ex Parte

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Rodolfo M Masangkay and Asiatica E Masangkay,

Debtor(s).

Case No. 09-13671 KAO

Chapter: 13

EX PARTE ORDER GRANTING DEBTORS' APPLICATION FOR ORIGINAL ATTORNEYS' FEES AND COSTS

THIS MATTER having come before the Court upon the Application of Debtor(s) attorneys and the Court having reviewed the Application, and having reviewed the files and records herein, deeming itself advised in the premises, it is now therefore

ORDERED, ADJUDGED and DECREED as follows:

1. Original attorney fees and costs of $12,478.82 are hereby approved as an administrative expense pursuant to 11 U.S.C. 503(b). The fees and costs are reasonable and were necessary and beneficial to the estate.

2. At this time Debtors' attorney has already been paid the $1,800 no look fee and is still holding $400 in trust pending approval of this fee application.

//

//

EX PARTE ORDER GRANTING DEBTORS'
APPLICATION FOR ORIGINAL ATTORNEYS' FEES
AND COSTS
(09-13671 KAO) - 1

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115

Case 09-13671-KAO    Doc 95    Filed 12/10/09    Entered 12/10/09 09:08:20    Page 1 of 2

3. The outstanding balance of approved fees and costs, totaling $10,278.82 shall be paid through the plan prior to all other claims and creditors, excluding the Chapter 13 Trustee.

DONE this ____ day of December, 2009.

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

SEATTLE DEBT LAW, LLC

        */s/ Christina Latta Henry*
Christina Latta Henry, WSBA 31273
Attorney for Debtor(s)

EX PARTE ORDER GRANTING DEBTORS'
APPLICATION FOR ORIGINAL ATTORNEYS' FEES
AND COSTS
(09-13671 KAO) - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115

Case 09-13671-KAO   Doc 95   Filed 12/10/09   Entered 12/10/09 09:08:20   Page 2 of 2