The Honorable Karen A. Overstreet
Chapter 13
Hearing Date: May 5, 2010
Hearing Time: 9:30 AM
Hearing Location: US Courthouse, Seattle, WA
Response Due: April 28, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Rodolfo M Masangkay and Asiatica E Masangkay,

Debtor(s).

Case No. 09-13671 KAO

Chapter: 13

DEBTORS' MOTION TO TURNOVER PROPERTY HELD BY BANK OF AMERICA WITH NOTICE OF HEARING AND PROOF OF SERVICE

PLEASE TAKE NOTICE that Debtors' Motion for Turnover of Property IS SET FOR HEARING as follows:

| | |
|---|---|
| JUDGE: | The Honorable Karen A. Overstreet |
| PLACE: | United States Bankruptcy Court, 700 Stewart Street, Room 7206, Seattle, WA 98101 |
| DATE: | May 5, 2010 |
| TIME: | 9:30 a.m. |
| **RESPONSE DATE:** | **April 28, 2010** |

**IF YOU OPPOSE THE MOTION**, you must file your written response with the Court Clerk and deliver copies on the undersigned no later than the response date, which is **April 28, 2010.**

DEBTORS' MOTION TO TURNOVER PROPERTY HELD
BY BANK OF AMERICA
(09-13671 KAO) - 1

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115

If no response is timely filed and served, the Court may, in its discretion, grant the motion prior to the hearing, without further notice, and strike the hearing. Objections not on file and served as set forth may be deemed waived.

DATED this 11th day of March, 2010.

SEATTLE DEBT LAW, LLC

By: */s/ Christina Latta Henry*
Christina Latta Henry, WSBA 31273
Attorneys for Debtors

MOTION

COMES NOW Rodolfo M Masangkay and Asiatica E Masangkay ("Debtors") by and through their attorneys, Christina Latta Henry and Seattle Debt Law, LLC, and hereby move the Court for an order turning over the funds disbursed to Bank of America ("BOA") by the Chapter 13 Bankruptcy Court. Bank of America preliminarily approved a loan modification for the Debtors on September 28, 2009 that agreed to tack on the arrearage owing on the Debtors' loan to the back of the mortgage and only required monthly mortgage payments going forward in the amount of $1,714.91 a month. On September 30, 2009, two days after Bank of America approved the Debtors for a loan modification, the Chapter 13 Trustee disbursed $13,290.14 to Bank of America. This motion is being brought pursuant to 11 USC §542 for turnover of the funds sent by the Chapter 13 Trustee for payment on arrears that were not required under the loan modification agreement, the Declaration of Counsel in support of this motion and the records and pleadings filed herein.

WITH NOTICE OF HEARING AND PROOF OF SERVICE
(09-13671 KAO) - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115

# PROOF OF SERVICE

I, Christine A. Turner, under penalty of perjury, declare that on the dates indicated below, I caused a copy of the *Debtors' Note, Motion for Turnover of Property, Declaration of Counsel in Support of Same and Proposed Order* to be served on the parties listed below via ECF and/or United States First Class Mail.

On March 10th, 2010 via ECF

| | |
|---|---|
| K. Michael Fitzgerald | courtmail@seattlech13.com |
| US Trustee | USTPRegion18.SE.ECF@usdoj.gov |
| Daniel L. Hembree | dhembree@bwmlegal.com |
| Thomas S. Linde | tomlinde@schweetlaw.com |

On March 11, 2010 I caused a copy to be served to the parties listed to the parties listed below via United States Certified Mail:

**Brian T. Moynihan**
Chief Executive Officer and President
Bank of America Corporate Center
100 North Tryon Street
Charlotte, North Carolina 28255

On March _11th,_ 2010 I caused a copy to be served to the parties listed on the USBC Matrix extracted from PACER (*see Exhibit C hereto*) and to the parties listed below via United States First Class Mail:

Key Bank National Association
720 Olive Way
Seattle, WA 98101

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

WITH NOTICE OF HEARING AND PROOF OF SERVICE
(09-13671 KAO) - 3

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115

GE Money Bank
Recovery Management Systems Corporation
c/o Ramesh Singh
25 S.E. Second Avenue, Suite 1120
Miami, FL 33131-1605

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND CORRECT.

Executed this 11th day of March 2010 at Seattle, Washington.

                                          */s/ Christina L. Henry*
                                          Christina L. Henry

WITH NOTICE OF HEARING AND PROOF OF SERVICE
(09-13671 KAO) - 4

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115