The Honorable Marc Barreca
Chapter 13
Hearing Date: September 9, 2010
Hearing Time: 9:30 AM
Hearing Location: US Courthouse, Seattle, WA
Response Due: September 2, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Rodolfo M Masangkay and Asiatica E Masangkay,

Debtor(s).

Case No. 09-13671 KAO

Chapter: 13

PROOF OF SERVICE OF **AMENDED** NOTICE OF HEARING FOR MOTION TO TURNOVER PROEPRTY HELD BY BANK OF AMERICA

PROOF OF SERVICE

I, Christina L. Henry, under penalty of perjury, declare that on the dates indicated below, I caused a copy of *Debtor's Amended Notice of Hearing for Motion to Turnover Property Held by Bank of America and Proof of Service* to be served on the parties listed below via ECF and/or United States First Class Mail**.**

On August 4th, 2010 via ECF

| | |
|---|---|
| K. Michael Fitzgerald | courtmail@seattlech13.com |
| US Trustee | USTPRegion18.SE.ECF@usdoj.gov |
| Daniel L. Hembree | dhembree@bwmlegal.com |
| Thomas S. Linde | tomlinde@schweetlaw.com |

PROOF OF SERVICE OF AMENDED NOTICE OF HEARING FOR MOTION TO TURNOVER PROEPRTY HELD BY BANK OF AMERICA
(09-13671 KAO) - 1

SEATTLE DEBT LAW, LLC
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115

On August 4, 2010 I caused a copy to be served to the parties listed to the parties listed below via United States Certified Mail:

**Brian T. Moynihan**
Chief Executive Officer and President
Bank of America Corporate Center
100 North Tryon Street
Charlotte, North Carolina 28255

Bank of America, N.A.
475 Crosspoint Parkway
PO Box 9000
Getzville, NY 14068

On August 4, 2010 I caused a copy to be served on Special Notices to the parties listed on via United States First Class Mail:

Key Bank National Association
c/o Daniel Hembree
Bishop White Marshall & Weibel P.S.
720 Olive Way
Seattle, WA 98101

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

GE Money Bank
Recovery Management Systems Corporation
c/o Ramesh Singh
25 S.E. Second Avenue, Suite 1120
Miami, FL 33131-1605

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND CORRECT.

Executed this 4th day of August, 2010 at Seattle, Washington.

*/s/ Christina L. Henry*
Christina L. Henry

PROOF OF SERVICE OF AMENDED NOTICE OF
HEARING FOR MOTION TO TURNOVER PROEPRTY
HELD BY BANK OF AMERICA
(09-13671 KAO) - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115