The Honorable Marc L. Barreca
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

RODOLFO M. MASANGKAY and ASIATICA E. MASANGKAY,

              Debtor(s).

Case No. 09-13671-MLB

Chapter 13

AMENDED ORDER GRANTING DEBTORS' MOTION FOR TURNOVER/DISGORGEMENT OF FUNDS DISBURSED TO BANK OF AMERICA

THIS MATTER came before this Court upon Rodolfo M. Masangkay and Asiatica E. Masangkay ("Debtors") Motion for an Order for Turnover of funds disbursed by the Chapter 13 Trustee to Bank of America prior to the Debtors' Loan Modification. The Court having considered the Motion, Declarations in support of same, and all other documents on file in this matter, and oral argument having been held on December 2, 2010, it is hereby

ORDERED, ADJUDGED and DECREED that the Bank of America is ordered to turn over/disgorge estate property to the Chapter 13 Trustee pursuant to 11 USC §542 in the amount of $13,290.14.~~00~~.

**IT IS FURTHER ORDERED that if Bank of America fails to turn over/disgorge the $13,290.14**[*]~~[sic]~~ **it is the Debtor's responsibility to take further action for recovery of those funds.**

```
    * referenced above
```

DATED this ___ day of January, 2011

AMENDED ORDER GRANTING MOTION TO
TURNOVER (09-13671-MLB) - 1

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE., SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115

Marc Barreca
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

SEATTLE DEBT LAW, LLC

*/s/ Christina Latta Henry*
Christina Latta Henry, WSBA 31273
Attorney for Debtor

Approved as to form by

Chapter 13 Office of the Trustee

*/s/ Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA 33582
Staff Attorney for the Chapter 13 Trustee

SEATTLE DEBT LAW, LLC
705 SECOND AVE., SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115