**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
http://www.wawb.uscourts.gov

**CHANGE OF ADDRESS**

**(See reverse for requirements of LBR 9011-1 relating to change of address or telephone number)**

CASE NAME _____   CASE NO _____

    FOR:       _____    DEBTOR

                 _____    JOINT DEBTOR

                 _____    CREDITOR

                 _____    ATTORNEY   (**Please include Bar ID Number** _____)

                 _____    PLAINTIFF

                 _____    DEFENDANT

NEW ADDRESS:

            NAME: _____

            ADDRESS: _____

            _____

            PHONE: _____

            EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

_____           Date _____

_____

CHANGE OF ADDRESS
(rev.7/1/08)

RULE 9011-1. NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER OR EMAIL ADDRESS

(a) Written Notice of Change of Address, Phone, Email Address. Notices of changes of address, telephone number, and email address must be filed in writing within 10 days of the effective date and served on the trustee, parties requesting special notice, and all parties to any adversary proceeding.

(b) Conclusive Address. The address, telephone number, and email address of a party or his or her attorney, as noted on the first pleading filed by that party or attorney or as changed in accordance with subparagraph (a), shall be conclusively presumed to be the last known address, telephone number and email address of said party or attorney.